UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIH-CHUNG WANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMERICAN INSTITUTE IN TAIWAN <br><br> Defendant. | Civil Action No. 23-0981 (JDB) |

**CONSENT MOTION TO EXTEND TIME TO
ANSWER OR RESPOND TO COMPLAINT**

Defendant, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of thirty (30) days, or until July 20, 2023, to respond to the Complaint in this matter, and as grounds for this motion, state as follows.

1. Plaintiffs request that the Court compel Defendant to process applications for immigrant visas.  Compl. ¶ 1.

2. The Complaint was filed on April 10, 2023, and served on the U.S. Attorney's Office on April 19, 2023.  Accordingly, assuming proper service, the deadline to answer or respond would be June 20, 2023 as a consequence of the deadline falling on a holiday weekend.

3. The undersigned was assigned recently to this matter and has contacted the State Department to learn the status of the relevant visa applications.  However, additional time is required to gather information on the status of the applications and determine the appropriate response to this Complaint.  As the Court is aware, many cases like the instant matter are resolved without the need for further litigation.  Therefore, to allow for a considered evaluation of the appropriate next steps in this litigation, Defendant respectfully requests a 30-day

extension. Conservation of party and judicial resources presents good cause to extend Defendant's deadline.

4.     Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiffs' counsel via email, who stated that Plaintiffs consent to the requested relief.

5.     This is the first request for extension made by Defendant with respect to the deadline to respond to the Complaint. It is not intended for delay or obstruction and no subsequent deadlines would be impacted. A proposed order is enclosed.

Dated: June 16, 2023                     Respectfully submitted,

                                         MATTHEW M. GRAVES, D.C. Bar No. 481052
                                         United States Attorney

                                         BRIAN P. HUDAK
                                         Chief, Civil Division

                              By:        /s/ Sean M. Tepe
                                         SEAN M. TEPE, DC Bar #1001323
                                         Assistant United States Attorney
                                         601 D Street, N.W.
                                         Washington, D.C. 20530
                                         Phone: (202) 252-2533
                                         Email: sean.tepe@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIH-CHUNG WANG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN INSTITUTE IN TAIWAN<br><br>Defendant. | Civil Action No. 23-0981 (JDB) |

### [Proposed] ORDER

Based upon consideration of Defendant's Consent Motion for Extension of Time to Answer or Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED;

2. The deadline for Defendant to file an answer or to otherwise respond to the Complaint is extended to July 20, 2023.

SO ORDERED this _____ day _____ 2023.

_____
U.S. District Court Judge